| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br>(719) 452-5000 | DATE FILED: October 2, 2023 10:53 AM<br>FILING ID: A8EB0BFA1E201<br>CASE NUMBER: 2023CV31879 |
| PLAINTIFF:  CATHERINE DECKER,<br><br>v.<br><br>DEFENDANT:  LOWE'S HOME CENTERS, LLC. | COURT USE ONLY |
| Attorney for Plaintiff:<br>Bills Law, LLC<br>Edward A. Bills #35397<br>P.O. Box 38333<br>Colorado Springs, CO 80937<br>Phone:   719-444-1000<br>Fax:       719-444-8423<br>Email:    tedbills@mac.com | Case No:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** ||

COMES NOW, CATHERINE DECKER, (hereinafter referred to as Plaintiff), by and through her counsel, Bills Law, LLC, and for her Complaint and Jury Demand against Defendant LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company, (hereinafter referred to as Defendant), hereby avers and alleges as follows:

### PREFATORY ALLEGATIONS

1. This matter arises from a fall in which the Defendant's statutory violations resulted in the Plaintiff sustaining traumatic injuries to her head, body, and person, all of which resulted in permanent disfigurement, permanent impairment, permanent memory loss, loss of cognitive and executive function, scarring, and other economic and non-economic losses.

2. Upon information and belief, Defendant, now and at all times material to the Complaint, is a Foreign Corporation organized and existing under the laws of the State of North Carolina with a principal office address of 1000 Lowes Boulevard, Mooresville, NC 28117.

3. Upon information and belief, the registered agent for Defendant is the Corporation Service Company, 1900 West Littleton Boulevard, Littleton, CO 80120.

4. Upon information and belief, now and at all times material to the Complaint, Defendant is the authorized agent, owner, or a person in possession of real property and an entity, company or person legally responsible for the condition of real property for the activities conducted or circumstances existing on real property located in El Paso County, City of Fountain, State of Colorado, at 7710 Fountain Mesa Road, Fountain, CO 80817.

5. Plaintiff had been an invitee at Defendant's home center retail store on September 23, 2022, as Plaintiff routinely shops at Lowe's to buy goods and other basic living necessities, and Plaintiff was shopping for a new refrigerator on September 23, 2022.

6. As a direct and proximate result of a very large steel beam in the walkway directly where the refrigerators are on display and previewed for sale, and by Defendant's conduct and/or negligence and/or failure to take reasonable care to avoid an unreasonable risk to invitees on the premises, Plaintiff, after previewing a refrigerator for sale, turned to look at another and stuck the beam and fell to the ground whereby she suffered serious and traumatic injuries including, but not limited to, a closed head injury, a chipped tooth, a fracture to her dominant right wrist, plus severe bruising, injury, and trauma to the left eye, neck, and ribs, all of which resulted in permanent physical injury, scarring, physical pain and emotional suffering, loss of use, permanent impairment, medical expenses, past and future, and related economic and non-economic harms and other losses.

7. To make matters worse, Defendant knew the area was dangerous but did nothing about it. Immediately after Plaintiff fell, and had screamed for help, Defendants' agent and employee, John Thomisee, an Appliance Sales Specialist, told Plaintiff he himself had struck and hit the same steel beam several times before and Mr. Thomisee stated to Plaintiff that after he had heard Plaintiff scream he knew exactly what had happened. Mr. Thomisee continued saying he would be helping a customer and walk right into the beam.

8. This court has jurisdiction over the subject matter of this Complaint and over the parties.

9. Venue is proper and appropriate because the fall, which is the subject matter of this Complaint, occurred in El Paso County, City of Fountain, State of Colorado.

**CLAIM FOR RELIEF**
**PREMISE LIABILITY LANDOWNER / OCCUPANT**
**LIABILITY TO INVITEES UNDER C.R.S. § 13-21-115**

10. Plaintiff incorporates by reference the paragraphs above as if repeated herein.

11. At all times pertinent hereto, Plaintiff was a customer transacting business on the subject premise located at 7710 Fountain Mesa Road, Fountain, CO 80817. As such, Plaintiff was an invitee pursuant to Colorado Revised Statute § 13-21-115.

12. At all times pertinent hereto, Defendant is considered a Landowner as defined by Colorado Revised Statute § 13-21-115 and is responsible for the condition of the subject premises, the safety of its invitees, and the actions of its agents and employees at its business location of 7710 Fountain Mesa Road, Fountain, CO 80817.

13. An invitee may recover for damages caused by a person in possession of real property for their unreasonable failure to exercise reasonable care to protect against dangers for which they actually know of or should have known.

14. Defendant is legally responsible for the activities conducted or circumstances existing described herein and it, or its agents and/or employees, unreasonably failed to exercise reasonable care to protect Plaintiff and other customers of the store similarly situated.

15. Defendant, its agents and/or employees, unreasonably failed to exercise reasonable care in keeping its customers safe from hazardous conditions in the store, especially hazards like the very large steel beam mentioned above directly in the walkway that it knew was a hazard and had caused a problem and harm before to Defendant's own agent and employee John Thomisee and other customers of the store similarly situated.

16. Furthermore, Defendant failed to properly warn guests of the danger and hazard of the very large steel beam in the walkway area by leaving it unmarked and able to blend in as the same steel color as the floor and the abundance of stainless steel refrigerators in the sales area.

17. Plaintiff's damages suffered as a result of Defendant, its agents, and/or employees' failure to inspect and maintain its walkways in the appliance department, and to make sure it is free of hazards, as contemplated by C.R.S. § 13-21-115, include, but are not limited to:

    A. Past medical and nursing care, therapy and rehabilitation.

    B. Future medical and nursing care, therapy and rehabilitation.

    C. Past and future mental and physical pain and suffering.

    D. Past and future loss of life enjoyment and impairment of the quality of life.

    E. Permanent physical impairment and permanent disfigurement.

    F. Damages to personal property including, but not limited to, Plaintiff's eyeglasses.

    G. Other damages not yet identified or allowed by law.

**PLAINTIFF'S PRAYER FOR RELIEF AND JURY DEMAND**

WHEREFORE, Plaintiff prays that she recover of and from Defendant compensatory damages that she has suffered by virtue of the acts and omissions alleged above; for costs, witness fees, expert witness fees, interest as provided by the rules, laws or statutes; for attorney fees as may be allowed by order of this Court; for an amount which will reasonably compensate Plaintiff for her past and future economic losses, past and future medical expenses, permanent impairments, injuries and/or disabilities; for an amount which will reasonably compensate Plaintiff for her past and future pain, suffering, and loss of enjoyment of life and/or the capacity life; and for such other and further relief as shall be deemed just and proper by this Court.

Respectfully submitted,

BILLS LAW LLC

/s/ Edward A. Bills
Edward A. Bills
Attorney for Plaintiff

*Signed original on file at law office*


Plaintiff's Address:
602 Syracuse Street
Colorado Springs CO 80911